UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER ALLEN RUTZ, # 459944,

        Plaintiff,                            Case No. 1:14-CV-51

v.                                            HON. ROBERT HOLMES BELL

GAIL BURKE, D.O., et al.,

        Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 3, 2015, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 27) recommending that Defendants' Motions for Summary Judgment (ECF Nos. 13, 21) be granted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**IT IS HEREBY ORDERED** that the Magistrate Judge's March 3, 2015, R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Smith's Motion for Summary Judgement (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Burke, Gerlach, and Squire's Motion for Summary Judgment (ECF No. 21) is **GRANTED**.

Dated: March 24, 2015                            /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE